UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Adrian Tello, et al.

v.                                                                 Case No.: 5:15−cv−00057

ASI Lloyds, et al.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J. Scott Hacker

**PLACE:**
by telephone
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 6/3/2015

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Scheduling Conference


Date:    May 27, 2015

David J. Bradley, Clerk