UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADRIAN TELLO and MARY ANN VASQUEZ TELLO, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:15-CV-00057 |
| v. | § § | |
| ASI LLOYDS and JACK FIELDER, | § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Adrian Tello and Mary Ann Vasquez Tello ("Plaintiffs") and Defendants ASI Lloyds and Jack Fielder ("Defendants") file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

1.   Plaintiffs filed their Original Petition against Defendants on February 11, 2015.

2.   Defendants filed their Original Answer and Affirmative Defenses to Plaintiffs' Original Petition on March 19, 2015 and their Notice of Removal on March 19, 2015.

3.   Plaintiffs and Defendants have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiffs and Defendants do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

By: */s/ Todd M. Tippett*
    Todd M. Tippett
    State Bar No. 24046977
    Southern District Bar No. 573544
    TTippett@zelle.com
    Attorney-In-Charge

**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANTS**

- and –

By: */s/ Danny Ray Scott*
    Danny Ray Scott
    State Bar No. 24010920
    danny@scottlawyers.com
    Virginia Izaguirre
    State Bar No. 24083230
    virginia@scottlawyers.com
    Sean M. Patterson
    State Bar No. 24073546
    sean@scottlawyers.com

**SCOTT LAW OFFICES**
350 Pine Street, Suite 300
Beaumont, TX 77701
Telephone: (409) 833-5400
Facsimile: (409) 833-5405

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Motion to Dismiss with Prejudice has been served this 7th day of July, 2015, by electronic filing as follows:

Danny Ray Scott
Texas Bar No. 24010920
danny@scottlawyers.com
Virginia Izaguirre
Texas Bar No. 24083230
virginia@scottlawyers.com
Sean M. Patterson
Texas Bar No. 24073546
sean@scottlawyers.com
**SCOTT LAW OFFICES**
350 Pine Street, Suite 300
Beaumont, TX  77701
Telephone:     409-833-5400
Facsimile:      409-833-5405

**ATTORNEYS FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　　　　　*/s/ Todd M. Tippett*
　　　　　　　　　　　　　　　　　　　　Todd M. Tippett