UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

JUL - 8 2015   MMM

CLERK OF COURT
LAREDO DIVISION

| | |
|---|---|
| ADRIAN TELLO and MARY ANN VASQUEZ TELLO,<br><br>Plaintiffs,<br><br>v.<br><br>ASI LLOYDS and JACK FIELDER,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:15-CV-00057<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Adrian Tello and Mary Ann Vasquez Tello and Defendants ASI Lloyds and Jack Fielder jointly move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendants' Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this _8th_ day of _July_, 2015.

_George P. Kazen_
JUDGE PRESIDING